UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DEBORAH DONOGHUE,                            :
                                             :
                Plaintiff,                   :
                                             :
        v.                                   :
                                             :
ACHILLION PHARMACEUTICALS, INC.,             :      No. 14 Civ. 8353 (PAC)
                                             :
                Nominal Defendant,           :
        and                                  :
                                             :      NOTICE OF APPEARANCE
RA CAPITAL HEALTHCARE FUND, L.P., RA         :
CAPITAL MANAGEMENT, LLC, BLACKWELL           :
PARTNERS LLC, AND PETER KOLCHINSKY,          :
                                             :
                Defendants.                  :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Nominal Defendant Achillion Pharmaceuticals, Inc.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       December 3, 2014

                                             Respectfully submitted,

                                             /s/ Ari J. Savitzky_____

                                             Ari J. Savitzky
                                             Wilmer Cutler Pickering
                                               Hale and Dorr LLP
                                             7 World Trade Center
                                             250 Greenwich Street
                                             New York, NY 10007
                                             Tel: (212) 937-7247
                                             Fax: (212) 230-8888

John F. Batter, III
Wilmer Cutler Pickering
  Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6754
Fax: (617) 526-5000

*Attorneys for Nominal Defendant Achillion Pharmaceuticals, Inc.*