UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH DONOGHUE<br><br>-v-<br><br>ACHILLION PHARMACEUTICALS, INC.,<br>et al.,<br>Nominal Defendant,   Plaintiff,<br><br>Defendant. | Case No. 14 CV 8353<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant Blackwell Partners, LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: January 21, 2015

Signature of Attorney

Attorney Bar Code: RP-0393

Form Rule7_1.pdf   SDNY Web 10/2007