AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DEBORAH DONOGHUE )<br>*Plaintiff* )<br>v. )<br>ACHILLION PHARMACEUTICALS, INC., et al. )<br>*Defendant* ) | Case No.   14 CV 8353 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Blackwell Partners, LLC                                                                       .

Date: _January 21, 2015_

_____
*Attorney's signature*

ROBERT H. PEES  RP-0393
*Printed name and bar number*

AKIN GUMP STRAUSS HAUER & FELD, LLP
ONE BRYANT PARK
NEW YORK, NY 10036

*Address*

rpees@akingump.com
*E-mail address*

(212) 872-1000
*Telephone number*

(212) 872-1002
*FAX number*