UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE

                Plaintiff,

-v-

ACHILLION PHARMACEUTICALS, INC.,
et al.,
                Nominal Defendant, Defendant.

Case No. 14-CV-8353-PAC

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant RA Capital Healthcare Fund, L.P.   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** March 25, 2015

*[signature: Derek Muse]*

**Signature of Attorney**

**Attorney Bar Code:** DM6265

Form Rule7_1.pdf  SDNY Web 10/2007