UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DEBORAH DONOGHUE<br><br>Plaintiff,<br><br>-v-<br><br>ACHILLION PHARMACEUTICALS, INC.,<br>et al.,<br><br>Nominal Defendant,   Defendant. | Case No. 14-CV-8353-PAC<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Defendant RA Capital Management, LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** March 25, 2015

*[signature: Derek Muzq]*

**Signature of Attorney**

**Attorney Bar Code:** DM6265