AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| DEBORAH DONOGHUE )<br>*Plaintiff* )<br>v. )    Case No.    14-cv-8353<br>ACHILLION PHARMACEUTICALS, INC., et al. )<br>*Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Blackwell Partners, LLC

Date: 04/16/2015

*Attorney's signature*

Stan Chiueh, SC-3162
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

*Address*

schiueh@akingump.com
*E-mail address*

(212) 872-7444
*Telephone number*

(212) 872-1002
*FAX number*