# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

April 20, 2015

VIA ECF and MAIL

Judge Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007

Re: *Donoghue v. Achillion Pharmaceuticals, et al.*, 14-cv-8353 (S.D.N.Y.)

Dear Judge Crotty:

    We are co-counsel for plaintiffs Deborah Donoghue and Andrew Roth, shareholders of nominal defendant Achillion Pharmaceuticals Inc. We write in response to the letters of the RA Capital Parties and Blackwell dated April 16, 2015 which seek permission to file a Rule 12(b)(6) motion to dismiss the Complaint.

    We wish to advise the Court that plaintiffs have elected to file an amended complaint as of right pursuant to Fed.R.Civ.P. 15(a)(1)(B). We respectfully request that the court allow plaintiff to file the amended complaint on or before May 20, 2015.

Respectfully,

/s/ David Lopez
David Lopez

cc: All Counsel