KORNSTEIN VEISZ WEXLER & POLLARD, LLP
ATTORNEYS AT LAW
757 THIRD AVENUE
NEW YORK, NEW YORK 10017-2013
TELEPHONE (212) 418-8600
TELECOPIER (212) 826-3640
WWW.KVWP.NET

April 21, 2015

VIA ECF and MAIL

Judge Paul A. Crotty
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1350
New York, New York 10007

Re: *Donoghue v. Achillion Pharmaceuticals, et al.*, 14-cv-8353 (S.D.N.Y.)

Dear Judge Crotty:

We are co-counsel for plaintiffs Deborah Donoghue and Andrew Roth, shareholders of nominal defendant Achillion Pharmaceuticals Inc. We write in response to the letters of the RA Capital Parties and Blackwell dated April 16, 2015 which seek permission to file a Rule 12(b)(6) motion to dismiss the Complaint.

We wish to advise the Court that plaintiffs have elected to file an amended complaint as of right pursuant to Fed.R.Civ.P. 15(a)(1)(B). We respectfully request that the court allow plaintiff to file the amended complaint on or before May 20, 2015.

Respectfully submitted,

Paul D. Wexler

cc: All Counsel

[Handwritten endorsement: Plaintiff is allowed to file an amended complaint on or prior to 5/20/2015. If defendants wish to move to dismiss, they may do so without the need for a pre-motion conference.]

SO ORDERED: 4-22-15

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE