

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

May 5, 2015

Judge Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

Re:   *Donoghue v. Achillion Pharmaceuticals, Inc.,* No. 1:14-cv-8353-PAC (S.D.N.Y.)

Dear Judge Crotty,

I write on behalf of all Parties in the above-captioned matter, and in accordance with Local Civil Rule 7.1(d) and the Court's Individual Rule 1(E), to request an adjournment of the conference currently scheduled for May 7, 2015 at 3:15 p.m. per the Court's February, 25, 2015, Civil Case Management Plan and Scheduling Order (Dkt. 26).  This is the Parties' first request for an adjournment

On April 14, 2015, counsel for all Parties met for several hours to discuss their respective clients' views on settlement of the claims at issue.  The Parties have continued their negotiations and have reached a tentative understanding of settlement.  The Parties are confident that they can finalize the terms of a settlement in the next few weeks.

Judge Paul A. Crotty, U.S.D.J. - 2 - May 5, 2015

Counsel for all Parties have conferred and, in order to promote efficiency in the conduct of this action, seek to bring a joint motion to adjourn the May 7 conference until May 25, 26, 27, or 28, 2015. The requested adjournment does not affect any other scheduled dates.

Respectfully submitted,

By: \_\_\_\_\_/s/ Derek Musa_____
Derek Musa
Dennis H. Tracey, III
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Tel: (212) 918-3000
Fax: (212) 918-3100
derek.musa@hoganlovells.com
dennis.tracey@hoganlovells.com

*Attorneys for Defendants, RA Capital Management, LLC, RA Capital Healthcare Fund, L.P. and Peter Kolchinsky*

Judge Paul A. Crotty, U.S.D.J. — - 3 - — May 5, 2015

> Robert H. Pees
> Shenghao Stan Chiueh
> Akin Gump Strauss Hauer & Feld LLP
> One Bryant Park
> New York, NY 10036-6745
> rpees@akingump.com
> schiueh@akingump.com
> Tel:  (212) 872-1072
> Fax:  (212) 872-1002
>
> *Attorneys for Defendant, Blackwell Partners, LLC*
>
>
> John F. Batter, III
> Ari J. Savitzky
> Wilmer Cutler Pickering
> Hale and Dorr LLP
> 60 State Street
> Boston, MA 02109
> john.batter@wilmerhale.com
> ari.savitzky@wilmerhale.com
> Tel:  (617) 526-6754
> Fax:  (617) 526-5000
>
> *Attorneys for Nominal Defendant Achillion Pharmaceuticals, Inc.*

cc:  David Lopez, Esq.
    Ronald S. Tauber, Esq.
    Miriam Deborah Tauber, Esq.
    Glenn Ostrager, Esq.
    Paul Wexler, Esq.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of May 2015, I served the foregoing document upon all registered counsel in the case via the Court's CM/ECF system by filing the document electronically with the Clerk of Court.

New York, New York

                                            ___/s/ Derek Musa_____
                                            Derek Musa