# WILMERHALE

May 15, 2015

John F. Batter III

+1 617 526 6754 (t)
+1 617 526 5000 (f)
john.batter@wilmerhale.com

Judge Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street - Chambers 1350
New York, NY  10007

Re:  *Donoghue v. Achillion Pharmaceuticals, Inc.,* No. 1:14-cv-8353-PAC (S.D.N.Y.)

Dear Judge Crotty:

On May 5, 2015, all parties in this matter requested that the then scheduled May 7, 2015 pretrial conference be postponed in order for the parties to continue negotiations on a tentative settlement in this matter.  The Court granted that request and a pretrial conference was rescheduled for Thursday, May 28, at 3:00 p.m.  While the parties still expect to report the status of their settlement negotiations at the pre-trial conference, I write, with the assent of all parties, to request that the May 28th conference be postponed to the following week as my son's Harvard Business School graduation is on Thursday, May 28.  All parties are available on the afternoon of Wednesday, June 3, the afternoon of Thursday, June 4, all day on Tuesday, June 2 and all day on Friday, June 5.  This one-week requested postponement is the second requested pre-trial conference adjournment and the requested adjournment does not affect any other scheduled dates.

Respectfully submitted,

/s/ John F. Batter III
John F. Batter III / BBO #033430
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109

WILMERHALE

May 15, 2015
Page 2

        john.batter@wilmerhale.com
        Tel:  617.526.6000
        Fax:  617.526.5000

        Ari J. Savitzky / #5060181
        WILMER CUTLER PICKERING HALE
        AND DORR LLP
        7 World Trade Center
        New York, NY  10007
        ari.savitzky@wilmerhale.com
        Tel:  212-937-7247
        Fax:  212-230-8888

*Attorneys for Nominal Defendant Achillion Pharmaceuticals, Inc.*

cc:    David Lopez (Counsel for Plaintiffs)
        Ronald S. Tauber (Counsel for Plaintiffs)
        Glenn Ostrager (Counsel for Plaintiffs)
        Paul Wexler (Counsel for Plaintiffs)
        Dennis H. Tracey, III (Counsel for Defendants RA Capital and Peter Kolchinsky)
        Robert H. Pees (Counsel for Defendant Blackwell Partners, LLC)

WILMERHALE

May 15, 2015
Page 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May 2015, I served the foregoing document upon all registered counsel in the case via the Court's CM/ECF system by filing the document electronically with the Clerk of Court.

/s/ John F. Batter III
John F. Batter III