

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

June 15, 2015

Judge Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Chambers 1350
New York, NY 10007

Re:    *Donoghue v. Achillion Pharmaceuticals, Inc.,* No. 1:14-cv-8353-PAC (S.D.N.Y.)

Dear Judge Crotty,

I write on behalf of all Parties in the above-referenced matter, and in accordance with

Local Civil Rule 7.1(d) and the Court's Individual Rule 1(E), to request a one-week

extension of the Parties' deadline to submit the necessary paperwork regarding the

settlement reported during the June 3, 2015 Interim Pretrial Conference.  The date on

which the Parties are currently due to submit the settlement paperwork is June 17, 2015

(Dkt. 52).  This is the Parties' first request to extend that deadline.

During the June 3, 2015 Interim Pretrial Conference, the Parties informed the Court that

they had reached agreement on terms to settle the Section 16(b) claims against the RA

Capital defendants and Blackwell.  The Parties have made significant progress toward

completing a stipulation of settlement (the "Stipulation") and proposed order and final

judgment approving the settlement (the "Proposed Order"), but need more time to

finalize those documents.  Counsel for all Parties have conferred and seek to bring a joint motion to extend the deadline to submit the Stipulation and Proposed Order until June 24, 2015.  Accordingly, the status conference currently scheduled for June 17, 2015 at 4:00 p.m. is no longer necessary.  The request does not affect any other scheduled dates.

Respectfully submitted,


By:  _____/s/ Derek Musa_____
Derek Musa
Dennis H. Tracey, III
Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
Tel:  (212) 918-3000
Fax:  (212) 918-3100
derek.musa@hoganlovells.com
dennis.tracey@hoganlovells.com

*Attorneys for Defendants, RA Capital Management, LLC, RA Capital Healthcare Fund, L.P. and Peter Kolchinsky*


Robert H. Pees
Shenghao Stan Chiueh
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
Tel:  (212) 872-1072
Fax:  (212) 872-1002

*Attorneys for Defendant, Blackwell Partners, LLC*

John F. Batter, III
Ari J. Savitzky
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel:  (617) 526-6754
Fax:  (617) 526-5000

*Attorneys    for    Nominal    Defendant
Achillion Pharmaceuticals, Inc.*


cc:    David Lopez, Esq.
       Ronald S. Tauber, Esq.
       Miriam Deborah Tauber, Esq.
       Glenn Ostrager, Esq.
       Paul Wexler, Esq.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of June 2015, I served the foregoing

document upon all registered counsel in the case via the Court's CM/ECF system by

filing the document electronically with the Clerk of Court.

New York, New York

<u>   /s/ Derek Musa      </u>
Derek Musa