UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE and ANDREW ROTH,

Plaintiffs,

- v. -

RA CAPITAL HEALTHCARE FUND, L.P.,
BLACKWELL PARTNERS, LLC, RA CAPITAL
MANAGEMENT LLC and PETER KOLCHINSKY,

Defendants,

- and -

ACHILLION PHARMACEUTICALS INC.,

Nominal Defendant.

_____/

ECF CASE

No. 14 Civil 8353 (PAC)

PLAINTIFFS' UNOPOSED MOTION FOR
APPROVAL OF SETTLEMENT AND
AWARD OF AGREED ATTORNEYS' FEES
INCLUSIVE OF DISBURSEMENTS

**PLEASE TAKE NOTICE** that plaintiffs will move this court before the Hon. Paul A. Crotty, U.S. District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time of the court's choosing, for approval of the terms of the Stipulation of Settlement submitted to the Judgements Clerk in this action on or about June 24, 2015, but not yet docketed and for the award of a fair and reasonable fee to plaintiffs' attorneys in the amount of $1,456,000. This motion is based upon the affirmation of David Lopez, Esq. and all the papers and proceedings heretofore had herein. A copy of the Stipulation of Settlement appears as Exhibit F to the aforesaid affirmation.

Dated: Southampton, New York
      July 1, 2015

David Lopez, Esq. (DL-6779)
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2015 I caused a true and correct copy of the foregoing Plaintiffs' Motion For Approval of Settlement and Attorneys' Fee Award to be served on each person who has appeared as counsel by filing the same through the Court's CM/ECF system.

Dated: July 1, 2015
Southampton, New York

/s/ David Lopez