# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZESQ@AOL.COM

July 3, 2015

Hon. Paul A. Crotty
Judge, U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10017

Re: Donoghue et ano. v. RA Capital et al. and Achillion Pharmaceuticals
14 Civil 8353 (PAC) -- Settlement Submission

Your Honor:

Plaintiffs, with the knowledge, consent and support of all defendants and of the nominal defendant, have filed with the court, ECF, Plaintiffs' Unopposed Motion For Approval Of Settlement And Award Of Agreed Attorneys' Fees Inclusive of Disbursements, the Affirmation of David Lopez (in support) and a Memorandum Of Law In Support Of Settlement Approval And Award Of Attorneys' Fees And Disbursements. The Motion and Memorandum were filed July 1, 2015. The Affirmation on July 2, 2015.

The Stipulation of Settlement was submitted to the Orders and Judgments Clerk of the Court on or about June 24, 2015, and a copy appears as Exhibit F to the Affirmation of David Lopez. The Stipulation has not yet been docketed.

On behalf of all counsel I respectfully request that, if Your Honor requires a hearing, it be scheduled in August. All counsel have consulted and respectfully inform the Court that they are all available on August 12, 13 or any day during the week of August 17. If convenient to the Court, scheduling in the afternoon will allow out-of-town counsel to attend without the need for an overnight hotel stay in New York City.

Respectfully,

David Lopez

DL/el
cc: All Counsel Via ECF